1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

12
13
14

| | |
|---|---|
| MIRA LISA BROWN, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOVO NORDISK INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. **2:11-CV-01702-MCE-EFB**<br>(Class Action)<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Morrison C. England, Jr.<br><br>Complaint Filed: May 18, 2011 |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a First
2  Amended Complaint.
3  Good cause appearing therefore, it is hereby ordered that the Stipulation is granted,
4  Plaintiff shall have leave to file the First Amended Complaint and Defendant shall have
5  thirty (30) days after the filing to file a responsive pleading.
6  **IT IS SO ORDERED.**
7  Dated: September 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE