UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRA LISA BROWN, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOVO NORDISK INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:11-CV-01702-MCE-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR RESPONDING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>United States District Judge Morrison C. England, Jr. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STIPULATION TO
EXTEND TIME FOR RESPONDING TO PL'S
FAC (CASE NO. 2:11-CV-01702-MCE-CKD)

1    This Court has reviewed the Parties' Stipulation to Extend Time for Responding to
2  Plaintiff's First Amended Complaint.
3    Good cause appearing therefore, it is hereby ordered that the Stipulation is granted,
4  Defendant shall have until December 1, 2011 to file a responsive pleading to Plaintiff's First
5  Amended Complaint.
6    **IT IS SO ORDERED.**

Dated:  November 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    [PROPOSED ORDER GRANTING STIPULATION
TO EXTEND TIME FOR RESPONDING TO PL'S
FAC (CASE NO. 2:11-CV-01702-MCE-CKD)