1  DARYL S. LANDY, State Bar No. 136288
   MICHAEL D. SCHLEMMER, State Bar No. 250000
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
4  Tel. 650.843.4000
   Fax: 650.843.4001
5  E-mail: dlandy@morganlewis.com;
   mschlemmer@morganlewis.com
6
   Attorneys for Defendant
7  NOVO NORDISK INC.

8

9  NORMAN B. BLUMENTHAL, State Bar No. 68687
   KYLE R. NORDREHAUG, State Bar No. 205975
10 APARAJIT BHOWMIK, State Bar No. 248066
   PIYA MUKHERJEE, State Bar No. 274217
11 BLUMENTHAL, NORDREHAUG & BHOWMIK
   2255 Calle Clara
12 La Jolla, CA 92037
   Tel. 858.551.1222
13 Fax: 858.551.1232

14 Attorneys for Plaintiff
   MIRA LISA BROWN

15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIRA LISA BROWN, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOVO NORDISK INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:11-CV-01702-MCE-CKD<br><br>**JOINT STIPULATION TO FURTHER STAY PROCEEDINGS; ORDER**<br><br>United States District Judge Morrison C. England, Jr. |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO FURTHER STAY PROCEEDINGS;
ORDER
(CASE NO. 2:11-CV-01702-MCE-CKD)

DB2/ 23407022.3

Plaintiff Mira Lisa Brown ("Plaintiff") and Defendant Novo Nordisk Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on December 8, 2011, the Parties submitted a Stipulation to Stay Proceedings pending a decision in the consolidated Ninth Circuit appeals of *D'Este v. Bayer Corporation; et al.*, No. 07-56577, *Barnick v. Wyeth*, 07-56684 and *Menes v. Roche Laboratories, Inc.*, 08-55286.

**WHEREAS**, On December 20, 2011, the Court issued an Order that this action was stayed and administratively closed for all purposes pending decisions in the appeals of *D'Este v. Bayer Corporation; et al.*, No. 07-56577, *Barnick v. Wyeth*, 07-56684 and *Menes v. Roche Laboratories, Inc.*, 08-55286.

**WHEREAS**, the Court ordered the Parties to notify the Court within ten days of the issuance of the Ninth Circuit's decisions in the appeals of *D'Este v. Bayer Corporation; et al.*, No. 07-56577, *Barnick v. Wyeth*, 07-56684 and *Menes v. Roche Laboratories, Inc.*, 08-55286.

**WHEREAS**, on July 23, 2012, the Ninth Circuit issued its opinion in *D'Este v. Bayer, et al.* holding that the pharmaceutical sales representatives are exempt under the administrative exemption. (*See D'Este, et. al. v. Bayer Corp., et. al,* No. 07-56577, slip op. (9th Cir. Jul. 23, 2012) attached to the Parties' concurrently filed Joint Notice).

**WHEREAS**, plaintiff's counsel in *D'Este v. Bayer, et al.* has advised the Parties hereto that they intend to file a petition for rehearing in *D'Este v. Bayer, et al* no later than August 6, 2012.  In their petition for rehearing, they intend to draw the Ninth Circuit Court's attention to the California Court of Appeal decision in *Harris v. Liberty Mutual Insurance Company*, No. B195121 (Cal. Ct. App. Jul. 20, 2012) (decision remanded from the California Supreme Court, holding that the claims adjusters are not exempt under the outside sales exemption in light of the guidance from the California Supreme Court in *Harris v. Superior Court*).

**WHEREAS**, appellants in *D'Este v. Bayer, et al.* anticipate that the Ninth Circuit is likely to rule on their petition for rehearing within 60 days.  The Parties agree that they will file a status report with this Court by October 8, 2012, if the Ninth Circuit has not ruled on that petition within 60 days.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION TO FURTHER STAY PROCEEDINGS;
ORDER
(CASE NO. 2:11-CV-01702-MCE-CKD)

1     **WHEREAS**, the Parties agree that it would be a waste of this Court's and the Parties' time and resources to litigate this matter without the benefit of knowing the status of the petition for rehearing of the consolidated appeals.

    **WHEREAS**, the Parties have met and conferred and agreed that if the *D'Este v. Bayer, et al* petition for rehearing is denied, or if the appeal is re-heard and affirmed, Plaintiff will file a request for dismissal with prejudice of this action within ten days of the petition for rehearing's denial or of the affirming decision.

    **THEREFORE**, the Parties request that the Court grant this stay until the Ninth Circuit rules on the petition for rehearing in *D'Este v. Bayer, et al.*

Dated: August 2, 2012      MORGAN, LEWIS & BOCKIUS LLP

By    */S/ Michael D. Schlemmer*
Daryl S. Landy
Michael D. Schlemmer
Attorneys for Defendant
NOVO NORDISK INC.

Dated: August 2, 2012      BLUMENTHAL, NORDREHAUG & BHOWMIK

By    */S/ Piya Mukherjee*  (as authorized on 8/2/12)
Norman B. Blumenthal
Kyle R. Nordrehaug
Piya Mukherjee
Attorneys for Plaintiff
MIRA LISA BROWN

**ORDER**

Good cause appearing and based on the foregoing Stipulation of the Parties, **IT IS ORDERED** that this action is STAYED for all purposes, and all deadlines and hearings are vacated, until the ruling on appellants' petition for rehearing in *D'Este v. Bayer, et al.* . Within ten days of the issuance of such ruling, the Parties shall notify the Court. The Parties shall file a status report with the Court by October 8, 2012 if a decision on appellants' petition for rehearing in *D'Este v. Bayer, et al.* has not been issued by that date.

Dated: September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE