DARYL S. LANDY, State Bar No. 136288
MICHAEL D. SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel. 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@morganlewis.com
E-mail: mschlemmer@morganlewis.com

Attorneys for Defendant
NOVO NORDISK INC.


NORMAN B. BLUMENTHAL, State Bar No. 68687
KYLE R. NORDREHAUG, State Bar No. 205975
APARAJIT BHOWMIK, State Bar No. 248066
PIYA MUKHERJEE, State Bar No. 274217
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Tel. 858.551.1222
Fax: 858.551.1232

Attorneys for Plaintiff
MIRA LISA BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRA LISA BROWN, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOVO NORDISK INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:11-CV-01702-MCE-CKD<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** between Plaintiff MIRA LISA BROWN ("Plaintiff") and Defendant NOVO NORDISK INC. ("Defendant"), by and through their respective undersigned counsel, that the above-captioned action hereby is dismissed voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

a. All individual claims by Mira Lisa Brown on her own behalf against Defendant Novo Nordisk, Inc. are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

b. All claims brought herein on behalf of others besides Mira Lisa Brown, including the claims brought on behalf of the putative class and the claims of the State of California, Labor Workforce Development Agency against Defendant Novo Nordisk, Inc. are dismissed without prejudice, each side to bear its own costs and attorneys' fees.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  September 19, 2012                MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Michael D. Schlemmer
Daryl S. Landy
Michael D. Schlemmer
Attorneys for Defendant
NOVO NORDISK INC.


Dated:  September 19, 2012                BLUMENTHAL, NORDREHAUG & BHOWMIK


By  /s/ Kyle R. Nordrehaug (authorized 9/19/12)
Norman B. Blumenthal
Kyle R. Nordrehaug
Piya Mukherjee
Attorneys for Plaintiff
MIRA LISA BROWN